(8/2017)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

    MICHAEL C JOHNSON

    Debtor(s)

SSN(1) XXX-XX-1806

Case No. 14-80130-
Judge Benjamin A. Kahn

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Richard M. Hutson, II, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/11/2014.

2) The plan was confirmed on 05/06/2014.

3) The case was completed on 10/19/2018.

4) Number of months from filing to last payment: 56.

5) Number of months case was pending: 64.

6) All checks distributed by the trustee relating to this case have cleared the bank.

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $86,759.00 |
| Less amount refunded to debtor | $58.82 |
| **NET RECEIPTS:** | **$86,700.18** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,440.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $6,216.32 |
| Other | $62.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$8,718.32** |

Attorney fees paid and disclosed by debtor:     $1,510.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CHARLES A REINHARDT | Secured | NA | NA | NA | 0.00 | 0.00 |
| DUKE MEDICAL CENTER | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DURHAM CITY/CO TAX OFFICE | Unsecured | NA | 254.74 | 254.74 | 254.74 | 51.56 |
| DURHAM CITY/CO TAX OFFICE | Secured | 114,000.00 | 523.79 | 523.79 | 523.79 | 321.35 |
| HAROLD L NOELL III AND | Secured | 45,000.00 | 108,394.52 | 0.00 | 42,510.60 | 0.00 |
| HAROLD L NOELL III AND | Secured | NA | 33,176.12 | 33,176.12 | 33,176.12 | 0.00 |
| IRS | Priority | 4,800.00 | NA | NA | 0.00 | 0.00 |
| JAMES AND MARGARET REEVES | Secured | 20,000.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 138.00 | 137.86 | 137.86 | 137.86 | 27.86 |
| PUBLIC SERVICE COMPANY OF NC | Unsecured | 364.00 | 812.68 | 812.68 | 812.68 | 165.30 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $42,510.60 | $0.00 |
| Mortgage Arrearage | $33,176.12 | $33,176.12 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $523.79 | $523.79 | $321.35 |
| **TOTAL SECURED:** | **$33,699.91** | **$76,210.51** | **$321.35** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$1,205.28** | **$1,205.28** | **$244.72** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $8,718.32 |
| Disbursements to Creditors | $77,981.86 |
| **TOTAL DISBURSEMENTS :** | **$86,700.18** |

      7)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/29/2019                            By: /s/ Richard M. Hutson, II
                                                     Trustee

xc  MICHAEL C JOHNSON
     U.S. BANKRUPTCY ADMIN
     BRENT CLIFTON WOOTTON
     WOOTTON AND WOOTTON
     3200 CROASDAILE DR STE 504
     DURHAM,  NC  27705

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.